JUDGE CROTTY

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 07-17-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FUSCO INTERNATIONAL S.A.,

     Plaintiff,

 - against -

FACTORIA YUG LTD.,

     Defendant.
------------------------------------------------------------X

08 CV _____

ECF CASE

**ORDER APPOINTING
SPECIAL PROCESS
SERVER PURSUANT
TO F.R.C.P. RULE 4(c)**

 An application having been made by counsel for Plaintiff for an Order Appointing a Special Process Server pursuant to Rule 4(c) of the Federal Rules of Civil Procedure,

 NOW, on reading and filing the Affidavit of Kevin J. Lennon, sworn to on July 15, 2008, and good cause shown having been shown, it is hereby

 ORDERED that Patrick F. Lennon, Kevin J. Lennon, Charles E. Murphy, Nancy Peterson (Siegel), Colleen McEvoy, Anne C. LeVasseur or any other partner, associate, paralegal or agent *at least 18 years of age or older* of Lennon, Murphy & Lennon, LLC, including Gotham Process Servers, be, and is hereby, appointed, in addition to the United States Marshal, to serve the Process of Attachment and Garnishment and the Verified Complaint, together with any interrogatories, upon the garnishee(s), together with any other garnishee(s) who (based upon information developed subsequent hereto by the Plaintiff) may hold assets of, for or on account of, Defendants.

Dated: New York, NY
   July 17, 2008

            _____
               U.S.D.J.