CLARK, ATCHESON & REISERT
Richard J. Reisert (RR-7118)
Attorneys for Garnishee
Societe Generale New York Branch
7800 River Road
North Bergen, NJ 07047
Tel: (201) 537-1200
Fax: (201) 537-1201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
FUSCO INTERNATIONAL S.A.,          :
                                   :
                                   :
             Plaintiff,            :      08-CV-6358
                                   :
       v.                          :      **NOTICE OF**
                                   :      **APPEARANCE**
                                   :
FACTORIA YUG LTD.,                 :
                                   :
             Defendants.           :
-----------------------------------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel for Garnishee, Societe Generale New York Branch. I certify that I am admitted to practice before this Honorable Court.

Dated: North Bergen, New Jersey
       August 1, 2008

                                   CLARK, ATCHESON & REISERT
                                   Attorneys for Garnishee
                                   Societe Generale New York Branch

                              By:  _____
                                   Richard J. Reisert (RR-7118)
                                   7800 River Road
                                   North Bergen, NJ 07047
                                   Tel: (201) 537-1200
                                   Fax: (201) 537-1201
                                   Email: reisert@navlaw.com